161 A.3d 796

James D. SCHNELLER, Petitioner

v.

Elizabeth CAVANAUGH–KERR and Marjorie Zitomer, Respondents

No. 455 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

590

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal, Application for Relief of Writ of Mandamus to the Trial Court, and Application for Relief of Peremptory Mandamus are **DENIED**.